IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICOLAS GONZALEZ-CAYETANO, ) | | 1:05-cv-00518-OWW-LJO-P |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | **FINDINGS AND RECOMMENDATIONS** |
| ) | | **RECOMMENDING DISMISSAL** |
| CORRECTIONS CORPORATION OF ) | | **CERTAIN CLAIMS AND DEFENDANTS** |
| AMERICA, et al., ) | | (Doc. 12) |
| ) | | |
| Defendants. ) | | |

Plaintiff Nicolas Gonzalez-Cayetano ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 16, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objections to the Findings and Recommendations, if any, was to be filed within thirty (30) days.  To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

1

1        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and
2   Local Rule 73-305, this Court has conducted a de novo review of this
3   case.  Having carefully reviewed the entire file, the Court finds the
4   Findings and Recommendations to be supported by the record and by
5   proper analysis.
6        Accordingly, IT IS HEREBY ORDERED that:
7        1.   The Findings and Recommendations, filed December 16, 2005,
8   is ADOPTED IN FULL;
9        2.   This action shall proceed on plaintiff's complaint, filed
10  April 20, 2005, against defendants Robertson, Garcia, and Juarez for
11  use of excessive force, and against defendant Robertson for
12  retaliation;
13       3.   The following claims are DISMISSED, without prejudice, for
14  plaintiff's failure to state a claim upon which relief may be granted:
15            a.   Plaintiff's claim based on the failure to report the
16  incident of excessive force, and the failure to document plaintiff's
17  injuries;
18            b.   Plaintiff's Eighth Amendment medical care claims;
19            c.   Plaintiff's state law claims for oppression, fraud, and
20  misrepresentation;
21            d.   Plaintiff's conspiracy claim; and,
22            e.   Plaintiff's claim based on the failure to investigate,
23  supervise, and train; and,
24       4.   Defendants Corrections Corporation of America, California
25  City Correctional Center, Pluta, Carpenter, Wong, Gilkey, Ramos, and
26  ///
27  ///
28  ///

2

Lujano are DISMISSED from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated:     February 16, 2006**          <u>     /s/ Oliver W. Wanger     </u>
emm0d6                                               UNITED STATES DISTRICT JUDGE