1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

8  NICOLAS GONZALEZ-CAYETANO,          1:05-cv-00518-OWW-LJO-P

9              Plaintiff,             **ORDER ADOPTING FINDINGS AND
                                      RECOMMENDATIONS** (Doc. 13)
10 vs.
                                      **ORDER DISMISSING ACTION**
11 CORRECTIONS CORPORATION OF
   AMERICA, et al.,
12
              Defendants.
13 _____/

14

15      Plaintiff Nicolas Gonzalez-Cayetano ("plaintiff") is a

16 federal prisoner proceeding pro se and in forma pauperis in this

17 civil rights action pursuant to <u>Bivens v. Six Unknown Named</u>

18 <u>Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The

19 matter was referred to a United States Magistrate Judge pursuant

20 to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

21      On January 26, 2006, the Magistrate Judge filed a Findings

22 and Recommendations herein which was served on plaintiff and

23 which contained notice to plaintiff that any objections to the

24 Findings and Recommendations were to be filed within twenty (20)

25 days.  To date, plaintiff has not filed objections thereto.[1]

26
   _____

27      [1] The United States Postal Service returned the order served on plaintiff on February 13, 2006, as
   undeliverable.  A notation on the envelope indicated:  Return to Sender - Cannot Locate.  However, plaintiff has not
28 notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully
   effective.  <u>See</u> Local Rule 83-182(f).

                                    1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations, filed January 26, 2006, is ADOPTED in full; and,

2.  This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the court's order of December 16, 2005.

IT IS SO ORDERED.

**Dated:    March 15, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE